RECEIVED

MAR 24 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

------------------------------------------------------X

JERMONE BASS,

        Plaintiff,

  -against-

CUELLAR DE LA CRUZ, Shield No. 7661, a Police Officer for City of Chicago, Illinois; M. MORA, Shield No. 7252, a Police Officer for City Of Chicago, Illinois; NATHANIEL J. WARNER, a Police Officer for City Of Chicago, Illinois; KEVIN L. THOMAS, A Police Officer for City of Chicago, Illinois; FRED WALLER, the former Superintendent of Chicago Police; LARRY B. SNELLING, Superintendent Of Chicago Police Department; JANE DOE and RICHARD ROE, Each as Un-identified members of Chicago, Illinois Police Department (Each are sued in both their individual and official capacities)

        Defendant(s).

------------------------------------------------------X

COMPLAINT

Civil Action No.

Jury Trial Demanded

1:25-cv-03119
Judge Manish S. Shah
Magistrate Judge Maria Valdez
Cat 2 Random Assignment

### I. COMPLAINT
### Jury Trial Demand

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. Plaintiff seeks declaratory judgment and monetary damages pursuant to 28 U.S.C. Section(s) 2201 and 2202 because of City of Chicago, Illinois Police Officers, the defendants herein knowingly engaged in wrongful conduct, while acting under color of state law resulting in the violation of Plaintiff's rights secured by the United States Constitution as more specifically set forth herein.

### II JURISDICTION

a. This action is brought pursuant to 42 U.S.C. Section(s) 1983, 1985 and 1986 respectfully to redress the deprivation under color of law of Plaintiff's rights secured by the United States Constitution.
b. This Court has jurisdiction over Plaintiff's federal claims under 28 U.S.C. Section(s) 1331, 1367 and 1343.
c. Venue is proper under 28 U.S.C. Section 1391. The United States District Court for the Northern District of Illinois is proper pursuant to 28 U.S.C. Section 1391. The parties reside in this judicial district, and the events giving rise to the claims asserted herein occurred here as well.

### III THE PARTIES

1. Plaintiff Jermone Bass is a 23 year-old resident of Chicago, Illinois and a citizen of the United States.
2. Defendant City of Chicago is a municipal corporation organized under Illinois law and is responsible for the policies, practices, and customs of the Chicago Police Department, City Council and Police Review Board.
3. At all times relevant herein, Defendants Cuellar De La Cruz, M. Mora, Nathaniel J. Warner, Kevin L. Thomas, Fred Waller, Larry B. Snelling, and unidentified Police Officers Jane Doe and Richard Roe were at all times relevant herein police officers in the Chicago Police Department. All are sued in their individual capacities and acted under color of law and within the scope of their employment during the July 2nd 2023, investigation and arrest of Plaintiff.

## IV FACTUAL ALLEGATIONS

4. On July 2nd 2023, at approximately 6:30 pm, while Plaintiff was seated in the front passenger's seat of a vehicle that came to a halt at a traffic signal light on 51st Street and Indiana Avenue, Defendants descended on the vehicle, without probable cause or a warrant, conducted an illegal search. Utilizing both marked and unmarked City of Chicago Police Department vehicles Defendants encircled the vehicle Plaintiff was a passenger in.
5. Defendants, with weapons drawn and pointed at Plaintiff forcibly broke and shattered the windows of the vehicle in which Plaintiff was a seated passenger.
6. During the encounter, Defendants used excessive force, including kicking and striking Plaintiff with their department issued batons, despite Plaintiff posing no threat.
7. As a result of Defendants' actions, Plaintiff suffered multiple contusions to his face and bruising of his upper torso, ribs and back, emotional distress.

## V CLAIMS FOR RELIEF

### Count I-Illegal Search and Seizure

(Against All Defendants in their Individual Capacities)

8. Plaintiff repeats and realleges all preceding enumerated paragraphs 4, through 7, as if fully set forth herein.
9. Defendants violated Plaintiff's Fourth Amendment rights by conducting a warrantless and unlawful search and seizure without probable cause.
10. Defendants' actions were intentional, reckless, and in violation of clearly established law.

### COUNT II – EXCESSIVE USE OF FORCE
(Against All Defendants in their Individual Capacities)

11. Plaintiff repeats and realleges all the preceding enumerated paragraphs 1, through 10 as if fully set forth herein.
12. Defendants used excessive force against Plaintiff in violation of the Fourth and Fourteenth Amendments.
13. The force used was objectively unreasonable and unnecessary under the circumstances.

### COUNT III – MONELL CLAIM

(Against the City of Chicago)

14. Plaintiff repeats and realleges all of the preceding enumerated paragraphs 1, through 13, as if full set forth herein.

15. The unconstitutional actions of the individual Defendants were the result of the City of Chicago's policies, practices, or customs that condone or ignore illegal searches, seizures, and the use of excessive force.
16. The City of Chicago was deliberately indifferent to the constitutional rights of individuals, including Plaintiff.

### PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully request this Court:

A. Award compensatory damages in the amount of $3,000,000, and/or in an amount to be determined at trial;
B. Award punitive damages against the individual Defendants;
C. Award reasonable attorney fees and costs pursuant to 42 U.S.C. Section 1988;
D. Grant such other and further relief as the Court deems just and proper.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: March 24, 2025

Jermone Bass, Plaintiff, <u>pro se</u>

_____

6901 S. Oglesby Avenue, Apt.

Chicago, IL 60649